# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129926

DONALD FERGUSON,
      Plaintiff,

v

                                                  SC: 129926
                                                  COA: 261948
                                                  Ingham CC: 04-001306-AA

MICHIGAN DEPARTMENT OF
CORRECTIONS,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the October 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

                           Clerk